R. D. Hughes for the use of Harry McNamer, appellee, v. Jahn & Ollier Engraving Company, appellant.   Gen. No. 32,852.

Opinion filed November 19, 1928.

Dulsky, Friedman & Dulsky, for appellant; Simon H. Alster, of counsel.   McGilvray, Eames, Vaughan & Tilley, for appellee; A. G. Humphrey, of counsel.

Mr. Justice Matchett delivered the opinion of the court.

Theresa Hunter, appellee, v. Underwriters Mutual Life Insurance Company, appellant.   Gen. No. 32,874.

Opinion filed November 19, 1928.

Lewis E. Johnson, for appellant.   John F. Cashen, Jr., for appellee.

Mr. Justice Matchett delivered the opinion of the court.

William C. Dannenberg, defendant in error, v. Allan Harvey Ferguson, plaintiff in error.   Gen. No. 32,587.

Opinion filed November 27, 1928.

Lee, Phelps & Cleland, for plaintiff in error.   McKenna & Harris, for defendant in error.

Mr. Presiding Justice Gridley delivered the opinion of the court.

Nestor Johnson Manufacturing Company, appellant, v. Morris Goldblatt et al., appellees.   Gen. No. 32,603.

Opinion filed November 27, 1928.

Zane, Morse & Norman, for appellant.   Pritzker & Pritzker, for Morris Goldblatt and Nathan Goldblatt, appellees; Jack N. Pritzker, of counsel.   Harvey L. Hanson, for F. W. Planert & Sons, Inc., appellee.

Mr. Presiding Justice Gridley delivered the opinion of the court.